**Under the Civil Rights Act, 42 U.S.C. 1983**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 11 2017

**In the United States District Court**
**Eastern District of Arkansas**
**Eastern Division**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

5:17-cv-00330-BRW-BD

Jury Trial
Yes _X___ or No____

Plaintiff:     **Bobby Lee Phillips, Jr.** ADC #117315
(Is and was at all times mentioned herein a prisoner of the Arkansas)
Department of Corrections

V.

Defendants:   Deputy Director for Health and Correctional Services, **Mr. Rory L. Griffin**
Licensed Physician for the Arkansas Department of Corrections, **Dr. Chris Horan**
Registered Healthcare Provider for the Arkansas Department of Corrections,
**Ms. Estelle Bland**
Registered Healthcare Provider for the Arkansas Department of Corrections,
**Ms. LaSonya Griswold**
Health Services Administrator Registered Nurse for the Arkansas Department of
Corrections, **Ms. Dana Haynes**
Licensed Practical Nurse for the Arkansas Department of Corrections,
**Mrs. Lisa Knight**

I.     Jurisdiction and Venue:

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation,
under color of State Law of Rights secured by the Constitution of the United States. The
court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks
declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for
injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of The
Federal Rules of Civil Procedure.

This case assigned to District Judge Wilson
and to Magistrate Judge Deere

II.    Place of Present Confinement:
       Delta Unit
       880 East Gaines
       Dermott, AR  71638-9505


III.

       A.  Did you present the facts relating to your complaint in the state or county
           grievance procedure?

           Yes__X___          No_____

       B.  Attached herein are six attachments that consist of:
               1.  Unit Level Grievance Form - Grievance # C11-16-01293
               2.  Acknowledgement of Unit Level Grievance Form
               3.  Health Service Response to Unit Level Grievance
               4.  Acknowledgement of Grievance Appeal
               5.  Chief Deputy/Deputy/Assistant Directors Decision
               6.  Medical Department Notification of x-ray results

IV.    Parties

       A.  Full Name: Bobby Lee Phillips, Jr. ADC # 117315, mentioned herein and throughout
           as a prisoner in the Arkansas Department of Corrections that I am in custody of.

       Current Address:
               Bobby Lee Phillips, Jr., ADC #117315
               Delta Unit
               880 East Gaines
               Dermott, AR  71638-9505

       B.  Defendants

               Defendant #1
               Name:1.  Deputy Director for Health and Correctional Services - Deputy
                        Rory L. Griffin
               Position: Deputy Director for Correctional Services
               Place of Employment:  Arkansas Department of Corrections
               Address: Central Office, 6814 Princeton Pike, Pine Bluff, AR  71602
               Phone # (870) 267-6892

Defendant #2
Name: 2.  Licensed Physician for Correctional Services, L.P. - Dr. Chris Horan
Position:   Licensed Physician for Correctional Services
Place of Employment:  Arkansas Department of Corrections
Address:  2540 Highway 388, Grady, AR  71644
Phone #:  (870) 850-8899

Defendant #3
Name: 3.  Registered Health Care Provider for Correctional Services, R.H.C.P.,
            Ms. LaSonya Griswold
Position:  Registered Health Care Provider for Correctional Services
Place of Employment:  Arkansas Department of Corrections
Address:  2540 Highway 388, Grady, AR  71644
Phone #:  (870) 850-8899

Defendant #4
Name: 4.  Registered Health Care Provider for Correctional Services, R.H.C.P.,
            Ms. Estelle Bland
Position:   Registered Health Care Provider for Correctional Services
Place of Employment:  Arkansas Department of Corrections
Address:  2540 Highway 388, Grady, AR 71644
Phone #:  (870) 850-8899

Defendant #5
Name: 5.  Health Service Administrator for Correctional Services, H.S.A., R.N.,
            Ms. Dana Haynes
Position:  Health Service Administrator for Correctional Services
Place of Employment:  Arkansas Department of Corrections
Address:  2540 Highway 388, Grady, AR 71644
Phone#:  (870) 850-8899

Defendant #6
Name: 6.  Licensed Practical Nurse for Correctional Services, L.P.N.,
            Ms. Lisa Knight
Position:   Licensed Practical Nurse for Correctional Services
Place of Employment:  Arkansas Department of Corrections
Address:  2540 Highway 388, Grady, AR  71644
Phone #:  (870) 850-8899

V.    At the time of the incident you were:

1.  Serving a sentence as a result of a judgment of conviction

Explain:  Serving 2 year sentence on felony possession of a firearm by certain person. Also doing 8 year sentence on 2nd Degree battery

Date of Violation:  3-4-13

VI.    Statement of Claim:

Now herein claim comes the plaintiff, Bobby Lee Phillips, Jr., ADC # 117315, mentioned herein and after as a prisoner of the State of Arkansas, filing and claiming under the United States Treaty of Convention Against Torture and Other Cruel Inhumane or Degrading Treatment or Punishment. Filing both officially and personally. Also, under Color of State Law and under The Civil Rights Act 42 U.S.C. § 1983.Claiming my civil, federal, and constitutional rights being violated under the Eighth Amendment of the Constitution of the United States under cruel and unusual punishment, in time of due process and deliberate indifference. This being a due process violation, I would like for the court to know that enclosed are 6 attachments that show not only was my sick call process exhausted but also my grievance process as well. With that being found with merit by the Deputy Director himself. Plaintiff would like to bring to the court's attention that on September 30th, 2016, Licensed Physician for the Arkansas Department of Corrections, Dr. Chris Horan, acknowledged a serious injury at hand when he reviewed the x-ray results that he requested. Plaintiff would also like to address that upon Dr. Chris Horan's acknowledgement of such serious injury, he violated my constitutional right by delaying, disregarding basic adequate medical treatment to injury by referring me to see a provider on the "daily lay-in list". By the type of custom or policy conduct and behavior, my rights have been violated because I never saw a provider to receive just the basic, adequate medical care that would have been ethical, humane, and civilized treatment. Both Registered Health Care Providers for the Arkansas Department of Corrections being Ms. Estelle Bland and Ms. LaSonya Griswold, neglected me of basic treatment in time of due process. Therefore, on October 17th, 2016, after having to write two sick calls to be seen, I was seen by Licensed Practical Nurse for the Arkansas Department of Corrections, Ms. Lisa Knight. Upon the appointment, I had showed her that a Licensed Physician had given me some restrictions due to injury but it had

become expired due to neglect by the providers. I had asked her to renew my restrictions but she failed to do so, therefore she has disregarded a physician's treatment that was given by Dr.Chris Horan. This atypical significant hardship that has been shown to me is reckless and just straight degrading and inhumane. Plaintiff also showed Ms.Lisa Knight the notification sheet of x-rays showing that I needed a follow-up by a provider that had been requested by Dr. Chris Horan. She stated that she would place me on the list to see the provider. This follow-up to see a provider never happened for the second time and my ability to receive basic, adequate medical attention in time of due process was once neglected for a second time. After being disregarded, delayed, and neglected for the second time, Plaintiff wrote a grievance on October 24th, 2016, trying to receive medical treatment. Upon writing the grievance and being deprived from ethical humane treatment, Health Service Administrator, Ms. Dana Haynes, finds my grievance with merit but still refuses to treat injury that is at hand. She also had disregarded and delayed my basic treatment for such serious injury by placing me back on the provider list. This act, or omission, conduct or behavior from all defendants has been reckless and degrading to the governmental entity of any institution. By me not seeing the provider for this third time, Plaintiff appealed the decision that had been found with merit by the Health Service Administrator to the Deputy Director for Health and Correctional Services, Mr. Rory L. Griffin. Mr Griffin, having to become personally involved by having to do an investigation of his employee's conduct and behavior, found my grievance and appeal with merit because of the neglect that was shown by me not getting basic, adequate medical treatment in time of due process. This type of treatment is cruel and unusual and should be looked at because all of the defendants have violated my constitutional rights and were reckless and in an akin state of mind. Plaintiff would also like to bring to the court's attention that when a prisoner is in need of medical treatment or attention, prison officials are under a constitutional duty to see that it is furnished. A prison that deprives prisoners of basic, adequate medical treatment or care is incompatible with the concept of human dignity and does not have a place in civilized society. The neglect and atypical significant hardship by deliberate indifference to medical needs, unsafe conditions, cruel and unusual, unethical, inhumane treatment, violated Plaintiff Bobby Lee Phillips, Jr.'s, (ADC #117315, an inmate of the Arkansas Department of Corrections) rights and constituted cruel and unusual punishment, a due process violation under the Eighth Amendment to the United States Constitution. By the acts and omissions, conduct, and behaviors from all defendants, and by the plaintiff being straight neglected and shown atypical significant hardship by not receiving just the basic, adequate medical

treatment in time of due process, plaintiff comes in praying in remedy that the recklessness of the defendants with them being in an akin or wanton state of mind be held accountable for their actions both officially and personally and not be relieved by any of the following immunities. Those immunities are Qualified, Sovereign, Official, Governmental, Absolute, Corporate, and Discretionary. The plaintiff also comes praying in remedy to the courts that they hold all defendants liable for the following liabilities that fit their accountabilities in the conduct or behaviors they condoned in, in me being deprived from just the ethical, humane, basic medical treatment in time of due process. Those liabilities are as follows: Vicarious, Strict, Primary, Secondary, Personnel, and Premises. By negligence per-se and neglect and by the deprivation of my federal, civil, and constitutional rights by the content and context enclosed, the reasonable person should see that my rights have been violated and that a jury could easily come to a general verdict rule by the clear and convincing preponderance of evidence. Therefore, Plaintiff pleads mercy upon the courts or honorable that reviews this claim. This statement is stated in good faith and has been respectfully submitted by the Plaintiff, Mr. Bobby Lee Phillips, Jr., ADC #117315, an inmate of the Arkansas Department of Corrections.

Claim #1:     Type of Claim:   Denied basic, adequate medical treatment or care in time of due process, and cruel and unusual punishment.

Date of Occurrence:  9-30-16 to 10-31-16

Name of each defendant involved:

Licensed Physician for the Arkansas Department of Corrections, Dr. Chris Horan, Registered Health Care Providers for the Arkansas Department of Corrections, Ms. Estelle Bland and Ms. LaSonya Griswold

The acts or omissions of the defendants that form Claim #1, and any harm caused by it!
  (1.)   Recklessness by atypical significant hardship.
  (2.)   Negligence, gross negligence but most of all, neglect.
          These acts and behaviors have caused improper healing
          of injury that has caused a slight deformation which has
          and is causing significant pain and suffering.

With regard to Claim #1, I am suing defendants in:

Both official and personal capacity.

Custom or Policy I believe caused violation of rights:

I was disregarded, delayed, and referred to see a provider in the following days to come. By being placed on a lay-in list by this act and omission policy or custom. I ended up being neglected and deprived from basic, adequate medical care in time of due process which is a constitutional violation.

Claim #2:    Type of Claim:    Shown atypical significant hardship by negligence per-se and cruel and unusual punishment.

Date of Occurrence:   10-17-16 to 1-17-17

Name of each defendant involved:

Licensed Physician for the Arkansas Department of Corrections, Dr. Chris Horan, Registered Health Care Providers for the Arkansas Department of Corrections, Ms. Estelle Bland and Ms. LaSonya Griswold, Health Service Administrator - Registered Nurse for the Arkansas Department of Corrections, Ms. Dana Haynes, Licensed Practical Nurse for the Arkansas Department of Corrections, Ms. Lisa Knight.

Acts and Omissions of the defendants that form basis for Claim #2:

I was neglected, interfered with, disregarded, referred, and denied basic, adequate medical treatment or care in time of due process and treated cruel and unusual by degrading treatment and punishment. This punishment and treatment has caused injury to heal improperly and with slight deformity and is causing significant pain and suffering. This conduct is reckless and uncivilized.

With regard to Claim #2, I am suing defendants in:

Both official and personal capacity

Custom or Policy that violated my Constitutional right:

The referral to see a provider and the disregard or delay to receive medical care or treatment in time of due process.

Claim #3:    Type of Claim:  Negligence, negligence per se, neglect, denied basic, adequate medical treatment in time of due process.

Date of Occurrence:   9-30-16 to 2-17-17

Name of each defendant involved:

Deputy Director for Health and Correctional Services, Mr. Rory L. Griffin, Licensed Physician for the Arkansas Department of Corrections, Dr. Chris Horan, Registered Health Care Providers for the Arkansas Department of Corrections, Ms. Estelle Bland and Ms. LaSonya Griswold, Health Service Administrator - Registered Nurse for the Arkansas Department of Corrections, Ms. Dana Haynes, Licensed Practical Nurse for the Arkansas Department of Corrections, Ms. Lisa Knight.

Acts and omissions of the defendants that form basis for Claim #3 and the harm it has caused:

Recklessness, Neglect, Negligence per-se and significant atypical hardship. This treatment and punishment has caused my injury to heal with deformation and significant pain and suffering.

Custom or Policy that violated constitutional right:

Disregard, delay, and referred to a later date and time to receive basic, adequate medical treatment.

With regard to Claim #3, I am suing defendants in:

Both official and personal capacity

Now comes Plaintiff Bobby Lee Phillips, Jr., ADC #117315, an inmate of and in the Arkansas Department of Corrections, having no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff Bobby Lee Phillips, Jr., ADC #117315, an inmate of the Arkansas Department of Corrections, has been and will continue to be irreparably injured by the doctrine and conduct of the defendants unless this court or honorable grants the declaratory and injunctive relief which Plaintiff seeks:

WHEREFORE, Bobby Lee Phillips, Jr., ADC #117315, an inmate in the Arkansas Department of Corrections comes respectfully in remedy praying that the courts or the honorable enter judgment granting Plaintiff:

1. A declaration that the neglect, acts and omissions described herein violated plaintiff's rights under the Constitution and the laws of the United States.

2. A preliminary and permanent injunction ordering defendants, Deputy Director of Health and Correctional Services, Mr. Rory L. Griffin, Licensed Physician for Correctional Services, Dr. Chris Horan, Registered Health Care Provider for Correctional Services, Ms. Estelle Bland, Registered Health Care Provider for Correctional Services, Ms. LaSonya Griswold, Health Service Administrator - Registered Nurse for Correctional Services, and Licensed Practical Nurse for Correctional Services, Ms. Lisa Knight to treat as soon as injury is acknowledged, instead of having to be laid-in as medical department notification sheet states. That needs to be stopped.

3. Compensatory damages in the amount of $100,000 dollars against each defendant, jointly, and severally.

4. Punitive damages in the amount of $30,000 dollars against each defendant.

5. A jury trial on all issues triable by jury.

6. Any additional relief this court deems fit or just, proper, and equitable.

Dated: November 29th, 2017
Respectfully submitted,

*Bobby Lee Phillips Jr*

Bobby Lee Phillips, Jr.

Address:   Bobby Lee Phillips, Jr.,
ADC #117315
Delta Unit
880 East Gaines
Dermott, AR  71638-9505

I have read the foregoing complaint and hereby verify that the matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at ___Dermott, Ar___ on ___December 6th 2017___
city and state                                    date

*Bobby Lee Phillips Jr*

Bobby Lee Phillips, Jr.

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center ___Cummins___                                    65?

FOR OFFICE USE ONLY

GRV. # _CU-16-0293_

Name ___Bobby Phillips___

Date Received: ___Oct 3   2016___

ADC# __117315__   Brks # __14434²__ Job Assignment __F.U.__

GRV. Code #: __CUMMINS UNIT
GRIEVANCE____

__10-24-16__ (Date) STEP ONE: Informal Resolution

__10-27-16__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Statement does not change__
__me being seen due some of process or change my injury healing incorrectly__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I had the X-rays done on 9-30-16_
_Due to an injury I had which confirmed that there was a problem_
_or injury because I recieved an results sheets that stated I needed_
_a follow up. I had recieved this form on or about 10-12-16. As soon as I_
_recieved this form I placed a sick call in trying to see a nurse or_
_provider which never happened. Again I sent in another form trying to get_
_to be seen by a nurse or provider and was seen by Mrs Knight which_
_I showed my results sheets stating that I needed a follow up behind_
_my X-ray I told her I needed my script re-newed cause it had come_
_to its expiration date and still couldn't even get that done. She stated_
_She was going to place me to see a provider but that has been_
_a week ago and I am still being denied proper medical attention._
_I am still having pain due to my injury and have been denied_
_medical attention therefore I am taken to this step due to cruel_
_and unusual punishment._

___Bobby Phillips___                                    __10-24-16__
Inmate Signature                                        Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____   _____    _____   __10-24-16__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including **dates**: _____
_____
_____

_____

Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on __10-28-16__ (date), pursuant to **Step Two**. Is it an Emergency? __no__ (Yes or No).
Staff Who Received Step Two Grievance: __W. Johnson__            Date: _____
Action Taken: __forwarded__ (Forwarded to Grievance Officer/Warden/Other) Date: __10-28-16__
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts: **BLUE** - Grievance Off____ _____ __

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Phillips, Bobby L.                  ADC #:  117315F
FROM:  Baxter, Patricia R                        TITLE:  Administrative Specialist I
DATE:  10/31/2016                                GRIEVANCE #:  CU-16-01293

Please be advised, I have received your Grievance dated 10/24/2016 on 10/31/2016 .
You should receive communication regarding the Grievance by 12/01/2016

_____
Signature of Administrative Specialist I

## CHECK ONE OF THE FOLLOWING

   ○  This Grievance will be addressed by the Warden/Center Supervisor or designee.

   ◉  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

   ○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

   ▢  This Grievance has been determined to be an emergency situation, as you so indicated.

   ○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

   ○  This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____          _____          _____
Inmate Signature                                    ADC #                                 Date

IGTT420
3GH

434

Attachment IV

INMATE NAME: Phillips, Bobby L.          ADC #: 117315F          GRIEVANCE #: CU-16-01293

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(GRV CU-16-01293) Your 10/24/16 grievance has been received and reviewed as well as you medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

In your grievance you state you had x-rays done on 9/30/16 and received a notification stating you would be scheduled for a follow up. You state you were seen by Nurse Knight in sick call requesting to be seen by the provider regarding the results. As of the date of your grievance, 10/24/16, you had not been seen.

It is noted that you were seen in sick call on 10/17/16 and were referred to the provider. You were scheduled to see the provider on 10/31/16; however, you were not seen. You have been placed back on the provider list to be seen. Due to you not seeing the provider after being referred through sick call, this grievance is found with merit.



---

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Dana Haynes, RN, HSA          12/01/2016

Title          Date

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? The response is the same decision that I had gotten on the original grievance and is why my grievance has been found with merit. I am steadily being told that I will see a provider but have not been able to do that and am being denied proper medical attention in time of due proce From me not recieving proper medical attention and my injury healing improperly I am being treated cruel and unusally. This kind of treatment is cruel and unusu and is punishment not treatment.

Bobby Phillips          117315          12-2-16

Inmate Signature          ADC#          Date

IGTT405                                                                    Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Phillips, Bobby L.          ADC #:  117315F
FROM:  Griffin, Rory L                   TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  CU-16-01293   DATE:  12/07/2016

Please be advised, the appeal of your grievance dated
10/24/2016
was received in my office on this date  12/07/2016

**You will receive communication from this office regarding this Grievance by**  01/20/2017

☐  The time allowed for appeal has expired
☐  The matter is non-grievable and does not involve retaliation:
    ☐  (a) Parole and/or Release matter
    ☐  (b) Transfer
    ☐  (c) Job Assignment unrelated to medical restriction
    ☐  (d) Disciplinary matter
    ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐  (f) Involves an anticipated event
☐  You did not send all the proper Attachments:
    ☐  (a) Unit Level Grievance Form (Attachment 1)
    ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response
       Attached (Attachment IV for Health Issues Only)
    ☐  (c) Did not give reason for disagreement in space provided for appeal
    ☐  (d) Did not complete Attachment III or IV with your name, ADC#; and/or date
    ☐  (e) Unsanitary form(s) or documents received
    ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT430
3GD

Attachment VI

INMATE NAME: Phillips, Bobby L.          ADC #: 117315          GRIEVANCE#:CU-16-01293

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On October 24, 2016, you grieved that you were not seen for your follow-up after you received your x-ray. You state that you had an x-ray taken on September 30, 2016. You state that on October 12, 2016, you received a notification sheet that stated you needed a follow-up. You state that you submitted a sick call to be seen by a nurse or a provider, but you were not seen. You state you submitted another sick call trying to be seen by a nurse or provider and you were seen by Nurse Knight. You state you showed her your result sheet for a follow-up for your x-ray. You state that you told Nurse Knight that you needed your restriction renewed, because it had expired. You state that Nurse Knight stated that she placed you on the provider list, but you are still being denied proper medical attention.

The medical department responded, "It is noted that you were seen in sick call on 10/17/16 and were referred to the provider. You were scheduled to see the provider on 10/31/16; however, you were not seen. You have been placed back on the provider list to be seen. Due to you not seeing the provider after being referred through sick call, this grievance is found with merit."

Your appeal states you are being told that you will see the provider, but you have not been able to be seen by the provider. You state that you are being denied proper medical attention in a timely due process. You state that your injury is healing improperly because you are not receiving proper medical attention.

A review of your electronic Medical Record since the medical department response indicates you have not been seen by the provider regarding your x-ray results. My staff contacted your unit to have you scheduled with the provider.

Due to you not being not being seen by a provider, this appeal is with merit.

Director                               Date        1/12/17

INMATE NAME: _Bobby Phillips_

ADC NUMBER: _117315_

BARRACKS: _BK_

## MEDICAL DEPARTMENT NOTIFICATION OF X-RAY RESULTS

THIS IS TO INFORM YOU THAT WE HAVE RECEIVED THE RESULTS OF YOUR X-RAY PERFORMED ON _9 30 16_.

1. _1_ BASED ON THE RESULT OF YOUR X-RAY, YOU WILL BE SCHEDULED FOR A FOLLOW- UP WITH A PROVIDER. PLEASE CHECK THE DAILY LAY- IN LIST FOR THIS ENCOUNTER.

2. _____ BASED ON THE RESULT OF YOUR X- RAY, THER IS NO CLINICAL NEED FOR FOLLOW- UP AT THIS TIME.

TO DISCUSS YOUR RESULTS WITH A MEMBER OF OUR HEALTH CARE STAFF, YOU MAY SUBMIT A SICK CALL REQUEST OR A REQUEST FOR INTERVIEW STATING THAT YOU WOULD LIKE TO REVIEW YOUR X- RAY RESULT THAT WAS PERFORMED ON THE DATE INDICATED ABOVE.

NEITHER THE FOLLOW-UP REQUESTED BY THE REVIEWING PROVIDER, NOR A REQUEST SUBMITED BY YOU TO REVIEW YOUR X- RAY RESULT WILL RESULT IN A CO-PAY FEE.

_9/30/16_

{ CERTIFICATE OF SERVICE }

I, Bobby Lee Phillips, Jr., do hereby swear, and certify, that I have sent, via U.S. Mail, a true and exact copy of the foregoing document or documents to the below address:

Respectfully submitted,

Bobby Lee, Phiilips, Jr.

Eastern District Court Clerk
% James McCormack
600 West Capitol Avenue, Rm. A 149
Little Rock, AR  72201-3325

Executed on this __6 th__ day of __December__, 2017.

Signature: _Bobby Lee Phillips Jr_

Address: Bobby Lee Phillips, Jr., A.D.C. #117315
        Delta Unit
        880 East Gaines
        Dermott, AR  71638-9505