# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BOBBY LEE PHILLIPS, JR.**     **PLAINTIFF**
**ADC #117315**

**VS.**     **5:17-CV-330-BRW-BD**

**RORY L. GRIFFIN,** *et al*.     **DEFENDANTS**

## ORDER

I have received and reviewed the Partial Recommended Disposition filed by Magistrate Judge Beth Deere. Mr. Phillips has not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Phillips's claims against Defendant Knight are DISMISSED, without prejudice.

IT IS SO ORDERED, this 26th day of January, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE