IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BOBBY LEE PHILLIPS, JR.**  PLAINTIFF
**ADC #117315**

VS.  **5:17-CV-330-BRW-BD**

**RORY L. GRIFFIN,** *et al.*  DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") (Doc. No. 53) filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Defendant Griffin's motion for summary judgment (Doc. No. 13) is GRANTED. Mr. Phillips's claims against Defendant Griffin are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies.

The Medical Defendants' motion for summary judgment (Doc. No. 40) is GRANTED, in part, and DENIED, in part. Mr. Phillips's claims against Defendant Horan are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. Mr. Phillips may proceed on his claims against Defendants Bland, Griswold, and Haynes.

IT IS SO ORDERED, this 23rd day of April, 2018.

/s/ Billy Roy Wilson  _____
UNITED STATES DISTRICT JUDGE