IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BOBBY LEE PHILLIPS, JR.**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #117315**

**V.**　　　　　　　　　　　**5:17-CV-330-BRW-BD**

**RORY L. GRIFFIN, et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

I have received a Recommended Disposition ("Recommendation") (Doc. No. 107) from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Recommendation is approved and adopted in all respects.

The Defendants' motion for summary judgment (Doc. No. 101) is GRANTED. Mr. Phillips's motion for summary judgment (Doc. No. 96) is DENIED. This case is DISMISSED, with prejudice.

IT IS SO ORDERED, this 26th day of November, 2018.


　　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE