**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BOBBY LEE PHILLIPS, JR.**                                                                **PLAINTIFF**
**ADC #117315**

**V.**                                    **5:17-CV-330-BRW-BD**

**RORY L. GRIFFIN, et al.**                                                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 26th day of November, 2018.


/s/ Billy Roy Wilson _____
    UNITED STATES DISTRICT JUDGE